Name: JAMES C. CARTER
Number: GB-9479 FB-56
10745 RT. 18
ALBION, PA 16475-0002

CLEARED X-RAY SCREENING

Ms. Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A-280
Erie, PA. 16501

RECEIVED

MAR 23 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA



INMATE MAIL
PA DEPT OF
CORRECTIONS



UNITED STATES POSTAGE
$01.1
MAILED FROM ZIP CODE